UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM JAMES, JR.,

    Plaintiff,

v.                                                  Case No. 3:14cv142/MCR/CJK

SECRETARY, DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on May 30, 2014 (doc. 7), pursuant to 28 U.S.C. § 636(b)(1)(B), and after giving the parties an opportunity to file objections,[1] the Report and Recommendation is adopted as the order of the Court.

Accordingly:

1. The Magistrate Judge's Report and Recommendation (doc. 7) is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to comply with an order of the court.

---

[1] No objections have been filed.

3.  The Clerk is directed to close the file.

**DONE AND ORDERED** this 1st day of July, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**